# BANTLE & LEVY LLP

ATTORNEYS AT LAW

99 PARK AVENUE, SUITE 1510

NEW YORK, NEW YORK 10016

ROBERT L. LEVY
LEE F. BANTLE
SHERIE N. BUELL
DAVID KRAUSS

TEL 212.228.9666
FAX 212.228.7654

August 24, 2023

**Via ECF Filing**

Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

      Re:    <u>Teng v. Titan Golden Capital LLC et al, 23-cv-07302 (VEC)</u>

Dear Judge Caproni:

    This firm represents Plaintiff Yuanwen Teng in the above-referenced case.  We submit this letter in response to the Order to Show Cause, dated August 22, 2023. (ECF Doc. No. 2.)

    Based on a good faith belief that diversity jurisdiction exited in this case, we filed this case in this Court.  In lieu of engaging in a protracted fact-finding process on a jurisdictional issue, Mr. Teng has directed us to voluntarily dismiss (without prejudice) this case and file his claims against the Defendants in New York State Court.  We will file a Notice of Voluntary Dismissal with the Court this afternoon.

    We thank the Court for its attention to this matter.

                                      Respectfully submitted,

By:   *H. David Krauss*

                                      H. David Krauss
                                      BANTLE & LEVY LLP
                                      99 Park Avenue, Suite 1510
                                      New York, New York 10016
                                      *Attorneys for Plaintiff*