**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
YUANWEN TENG,

        Plaintiff,

        - against –

TITAN GOLDEN CAPITAL LLC, TITAN GOLDEN
PROPERTY INVESTOR LLC, HAO TANG, and
CHI FAI BEN WONG,

        Defendants.
------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/24/2023

23-cv-7302 (VEC)

**NOTICE OF
VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Yuanwen Teng, through his attorneys, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendants Titan Golden Capital LLC, Titan Golden Property Investor LLC, Hao Tang, and Chi Fai Ben Wong.

Dated: New York, New York
       August 24, 2023

*H. David Krauss*
H. David Krauss, Esq.
BANTLE & LEVY LLP
99 Park Avenue, Suite 1510
New York, New York 10016
(212) 228-9666
*Attorneys for Plaintiff*

Application GRANTED. The Clerk of Court is respectfully directed to CLOSE the case.
SO ORDERED.

*[signature]* 08/24/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE